IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:96-00031 |
| v. | ) | ALETA A. TRAUGER |
| | ) | Judge, U.S. District Court |
| | ) | |
| ALEX JORDAN | ) | |

## ALEX JORDAN'S THIRD MOTION TO DEFER PROCEEDINGS IN HIS SUPERVISED RELEASE REVOCATION HEARING

**COMES** now **ALEX JORDAN**, through counsel, Assistant Federal Public Defender, Isaiah S. Gant, and respectfully moves this Honorable Court to enter an order deferring the Supervised Release revocation hearing in this matter, presently scheduled for Thursday, September 13, 2012, at 2:00 p.m., to a date sometime after November 14, 2012. In support of the foregoing motion, it is respectfully represented to this Honorable Court the following:

1. Mr. Jordan was originally sentenced by the Honorable Robert L. Echols on December 5, 1996, to a period of one hundred fifty-one (151) months imprisonment in the Bureau of Prisons, to be followed by five (5) years of supervised release.

2. Mr. Jordan's period of supervised release commenced on or about January 4, 2008, thus, he has been on supervised release for just over four (4) years.

3. On or about April 4, 2012, a petition to revoke Mr. Jordan's supervised release was authorized by this Court, and as a consequence, a summons was issued for Mr. Jordan to appear in court in response to the allegations set forth in the petition.

4. The offense that constitutes the basis for revocation of Mr. Jordan's supervised release is pending in the General Sessions Court of Davidson County. That matter is now scheduled for final settlement on November 14, 2012.

5. In light of the fact that the hearing regarding the offense that forms the basis of the petition to revoke Mr. Jordan's supervised release will not be resolved before the